IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| COOK PRODUCTIONS, INC. | ) |
| | ) CASE NO. 2:16-cv-1192 |
| | ) |
| | ) |
| Plaintiff, | ) JUDGE MICHAEL H. WATSON |
| | ) Mag. Judge Elizabeth Preston Deavers |
| Vs. | ) |
| | ) |
| DOES 1-15 | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST KENT STUCKEY (DOE # 5)**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses its claims with prejudice against Defendant Kent Stuckey (DOE #5). This dismissal is not intended to dismiss Plaintiff's claims against any other named or Doe Defendant.

Dated: June 20, 2017

                                                Respectfully Submitted,

                                                Timothy A. Shimko (0006736)
                                                Shimko Law Offices LLC
                                                Box 6985
                                                159 Crocker Park Blvd. Suite 400
                                                Westlake, Ohio 44145
                                                Tel. (216) 241-8300
                                                Fax (216) 539-2015
                                                tashimko@gmail.com
                                                *Attorneys for Plaintiff*