AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| COOK PRODUCTIONS, LLC<br>844 Seward St.<br>Los Angeles, CA 90038<br><br>*Plaintiff(s)*<br>v.<br><br>John Clarke, et al.<br><br>*Defendant(s)* | Civil Action No. 2:16-cv-1192 |

### SUMMONS IN A CIVIL ACTION

To: Teresa Buss
3054 Essington Dr.
Dublin, OH 43017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy A. Shimko
Shimko Law Offices, LLC
Box 6985
159 Crocker Park Blvd. # 400
Westlake, Ohio 44145
tas@shimkolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 6/5/2017

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-1192

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Teresa Buss
was received by me on *(date)* 6/5/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Summons served via certified mail (7015 1520 0000 7871 5292) on 6/16/17.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/21/2017

s/ Eric Weitz
*Server's signature*

Eric Weitz, Deputy Clerk
*Printed name and title*

US District Court
85 Marconi Blvd.
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Teresa Buss
   3045 Essington Dr
   Dublin OH 43017

   9590 9401 0014 5168 8338 75

2. Article Number (Transfer from service label)

   7015 1520 0000 7871 5292

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X Teresa Buss
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Teresa B[...]

C. Date of Delivery
   JUN 16 2017
   43016-USPS

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ [...]ed Mail
   ☐ [...]ed Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   16-1192 MHW   Domestic Return Receipt

2:16-cv-01192-MHW-EPD Doc #: 23 Filed: 06/21/17 Page: 4 of 17 PAGEID

UNITED STATES POSTAL SERVICE
OH 430
16 JUN '17
PM 8 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

Case No. 2:16-cv-1192

USPS TRACKING #

9590 9401 0014 5168 8338 75

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| COOK PRODUCTIONS, LLC<br>844 Seward St.<br>Los Angeles, CA 90038<br><br>*Plaintiff(s)*<br>v.<br><br>John Clarke, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:16-cv-1192 |

## SUMMONS IN A CIVIL ACTION

To:  Annette Mineer
     135 Elm St.
     Aberdeen, OH 45101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy A. Shimko
Shimko Law Offices, LLC
Box 6985
159 Crocker Park Blvd. # 400
Westlake, Ohio 44145
tas@shimkolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:  6/5/2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-1192

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Annette Mineer
was received by me on *(date)* 6/5/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Summons served via certified mail (7015 1520 0000 7871 5315) on 6/16/17.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/21/2017

s/ Eric Weitz
*Server's signature*

Eric Weitz, Deputy Clerk
*Printed name and title*

US District Court
85 Marconi Blvd.
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Tara Ginn_ ☑ Agent ☐ Addressee

B. Received by (Printed Name): Tara Ginn
C. Date of Delivery: 6-16-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Annette Mineer
135 Elm St.
Aberdeen OH 45101

9590 9401 0014 5168 8338 99

2. Article Number: 7015 1520 0000 7871 5315

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ___ Mail
- ☐ ___ Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    16-1192 MHW    Domestic Return Receipt

2:16-cv-01192-MHW-EPD Doc #: 23 Filed: 06/21/17 Page: 8 of 17 PAGEID

UNITED STATES OF AMERICA
OH 4552
16 JUN '17
PM 6 L

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• S  Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

Case No. 2:16-cv-1192

2017 JUN 21 PM 1:31

RICHARD W. NAGEL
CLERK OF C...

USPS TRACKING #

9590 9401 0014 5168 8338 99

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| COOK PRODUCTIONS, LLC<br>844 Seward St.<br>Los Angeles, CA 90038<br><br>*Plaintiff(s)*<br>v.<br><br>John Clarke, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 2:16-cv-1192 |

## SUMMONS IN A CIVIL ACTION

To:   Timothy Reynolds
2700 Lopane Ave.
Middletown, OH 45044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy A. Shimko
Shimko Law Offices, LLC
Box 6985
159 Crocker Park Blvd. # 400
Westlake, Ohio 44145
tas@shimkolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:   6/5/2017

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-1192

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Timothy Reynolds
was received by me on *(date)* 6/5/2017 .

☐ I personally served the summons on the individual at *(place)*
___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
___, a person of suitable age and discretion who resides there,
on *(date)* ___, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___, who is
designated by law to accept service of process on behalf of *(name of organization)*
___ on *(date)* ___ ; or

☐ I returned the summons unexecuted because ___ ; or

☒ Other *(specify)*:
Summons served via certified mail (7015 1520 0000 7871 5339) on 6/14/17.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/21/2017

s/ Eric Weitz
*Server's signature*

Eric Weitz, Deputy Clerk
*Printed name and title*

US District Court
85 Marconi Blvd.
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy Reynolds
2700 Lafune Ave
Middletown OH 45044

9590 9401 0014 5168 8339 12

2. Article Number *(Transfer from service label)*

7015 1520 0000 7871 5339

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Melissa Reinert_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    16-1192 MRW    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

**First-Class Mail**
**Postage & Fees Paid**
**USPS**
**Permit No. G-10**

• S[  ]  Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

Case No. 2:16-cv-1192

**USPS TRACKING #**

9590 9401 0014 5168 8339 12

Case: 2:16-cv-01192-MHW-EPD Doc #: 23 Filed: 06/21/17 Page: 13 of 17  PAGEID #: 176

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151520000078715339

  

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**     **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 14, 2017, 3:05 pm** | **Delivered, Left with Individual** | **MIDDLETOWN, OH 45044** |



Your item was delivered to an individual at the address at 3:05 pm on June 14, 2017 in MIDDLETOWN, OH 45044.

| | | |
|---|---|---|
| June 13, 2017, 11:45 pm | Departed USPS Facility | CINCINNATI, OH 45234 |
| June 13, 2017, 11:44 am | Arrived at USPS Facility | CINCINNATI, OH 45234 |
| June 12, 2017, 10:37 pm | Arrived at USPS Facility | COLUMBUS, OH 43218 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| COOK PRODUCTIONS, LLC<br>844 Seward St.<br>Los Angeles, CA 90038<br><br>*Plaintiff(s)*<br>v.<br><br>John Clarke, et al.<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 2:16-cv-1192 |

## SUMMONS IN A CIVIL ACTION

To: Kent Stuckey
2285 Yorkshire Rd.
Upper Arlington, OH 43223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy A. Shimko
Shimko Law Offices, LLC
Box 6985
159 Crocker Park Blvd. # 400
Westlake, Ohio 44145
tas@shimkolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/5/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-1192

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kent Stuckey

was received by me on *(date)* 6/5/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Summons served via certified mail (7016 0910 0000 0166 6418) on 6/15/17.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/21/2017

s/ Eric Weitz
*Server's signature*

Eric Weitz, Deputy Clerk
*Printed name and title*

US District Court
85 Marconi Blvd.
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kent Stuckey
2285 Yorkshire Rd.
Upper Arlington, OH 43223

9590 9401 0014 5168 8338 13

2. Article Number *(Transfer from service label)*

7016 0910 0000 0166 6418

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
6-15-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    16-1192  MHW    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

2:16-cv-01192-ALM-EPD Doc #: 23 Filed: 06/21/17 Page: 17 of 17 PAGEID

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

Case No. 2:16-cv-1192

2017 JUN 21 PM 3: 31

USPS TRACKING #

9590 9401 0014 5168 8338 13


