IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COOK PRODUCTIONS LLC,**

    **Plaintiff,**

                                Case No. 2:16-cv-1192
                                Judge Michael H. Watson
    v.                            Magistrate Judge Elizabeth P. Deavers

**JOHN DOES 1–15,**

    **Defendants.**

## SHOW CAUSE ORDER

On June 2, 2017, Plaintiff amended the Complaint, naming individuals in place of John Doe Defendants. (ECF No. 14.) The docket reflects that Plaintiff effected service of process on June 14, 2017, on Defendants Jeannie Browning, Sonia Hoefner, Baymont Inn, and Timothy Reynolds, and that these Defendants' responses to the Amended Complaint were due July 5, 2017. (ECF Nos. 19 and 23.) The docket also reflects that Plaintiff effected service of process on Defendant John Clarke on June 15, 2017, and that this Defendant's answer was due July 6, 2017. (ECF No. 24.) To date, these Defendants have not filed an answer or other responsive pleading. Nor has Plaintiff applied for and obtained an entry of default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a) against these Defendants. Pursuant to Local Civil Rule 55.1(a), Plaintiff is **ORDERED** to **SHOW CAUSE** why the claims against Defendants Jeannie Browning, Sonia Hoefner, Baymont Inn, Timothy Reynolds, and John Clarke should not be dismissed for want of prosecution **WITHIN FOURTEEN (14) DAYS** of the date of this Order unless it has applied for an entry for an entry of default from the Clerk in the interim.

**IT IS SO ORDERED.**


Date: July 11, 2017             /s/ *Elizabeth A. Preston Deavers*
                          ELIZABETH A. PRESTON DEAVERS
                          UNITED STATES MAGISTRATE JUDGE