IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **COOK PRODUCTIONS, INC.** | ) |
| | ) CASE NO. 2:16-cv-1192 |
| | ) |
| | ) |
| Plaintiff, | ) JUDGE MICHAEL H. WATSON |
| | )  Mag. Judge Elizabeth Preston Deavers |
| Vs. | ) |
| | ) **Plaintiff's Notice of Partial Voluntary** |
| **DOES 1-15** | ) **Dismissal of its Claims against Defendants** |
| | ) **Maurice Harris and Sonia Hoefner** |
| **Defendants**. | ) |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses its claims without prejudice against Defendants Maurice Harris and Sonia Hoefner. Service of the Complaint and Summons has not been made on these Defendants, as of this writing, and Plaintiff is unable, using reasonable efforts, to obtain service on these Defendants within the constraints of F.R.C.P. Rule 4(m). This dismissal is not intended to dismiss Plaintiff's claims against any other named or Doe Defendant.

Dated: July 17, 2017

Respectfully Submitted,

_____
Timothy A. Shimko (0006736)
Shimko Law Offices LLC
Box 6985
159 Crocker Park Blvd. Suite 400
Westlake, Ohio 44145
Tel. (216) 241-8300
Fax (216) 539-2015
tashimko@gmail.com
*Attorneys for Plaintiff*