IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| COOK PRODUCTIONS, INC. ) | |
| ) | CASE NO. 2:16-cv-1192 |
| ) | |
| ) | |
| Plaintiff, ) | JUDGE MICHAEL H. WATSON |
| ) | Mag. Judge Elizabeth Preston Deavers |
| Vs. ) | |
| ) | |
| DOES 1-15 ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST TEDROS LEGESSE (DOE # 11)

The Plaintiff and Tedros Legesse, having entered into a settlement, and subject to the continuing jurisdiction of this Court to enforce the settlement agreement, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses its claims with prejudice against Defendant Tedros Legesse (DOE #11). This dismissal is not intended to dismiss Plaintiff's claims against any other named or Doe Defendant.

Dated: July 26, 2017

                                                             Respectfully Submitted,

*/s/ Timothy A. Shimko*
Timothy A. Shimko (0006736)
Shimko Law Offices LLC
Box 6985
159 Crocker Park Blvd. Suite 400
Westlake, Ohio 44145
Tel. (216) 241-8300
Fax (216) 539-2015
tashimko@gmail.com
*Attorneys for Plaintiff*