UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cook Productions, LLC,

    Plaintiff,

    v.

                            Case No. 2:16-cv-1192

John Clarke, et al.,             Judge Michael H. Watson
                                      Magistrate Judge E. P. Deavers

    Defendants.

## ORDER

On August 7, 2017, Cook Productions, LLC, ("Plaintiff") moved, pursuant to Rule 21 of the Federal Rules of Civil Procedure, to dismiss with prejudice Defendant Tedros Legesse, ECF No. 52, and Defendant Teresa Bussa, ECF No. 51. Plaintiff's motions state that Plaintiff has resolved its claims against both of these defendants. Accordingly, and for good cause shown, the Court **DISMISSES** Defendants Legesse and Bussa **WITH PREJUDICE**.

Plaintiff's motions also ask this Court to adopt the terms of "consent restraining orders" that would permanently enjoin these Defendants from infringing the copyright of the film at issue in this matter, Mr. Church, or that of any other film owned by Plaintiff. Plaintiff asserts that such relief is warranted because there is a "high likelihood" that Defendants will continue to violate Plaintiff's copyright unless the Court permanently enjoins them from doing so.

The Court is not persuaded that such relief is warranted. If Defendants violate the terms of a settlement agreement that they have reached with Plaintiff, Plaintiff's recourse is to file suit to enforce the terms of the settlement agreement. The Court also rejects Plaintiff's suggestion that the failure to order this requested relief tacitly sanctions future copyright violations. These Defendants, and other copyright violators, remain subject to suit for any future infringements. For these reasons, the Court specifically declines to retain jurisdiction to enforce the provisions of the parties' agreements and declines to order the parties to satisfy any obligations contained in those agreement.

Plaintiff's motions, ECF Nos. 51 and 52, are **GRANTED** in part and **DENIED** in part consistent with this Order.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**